858 A.2d 1161

COMMONWEALTH of Pennsylvania, Respondent

v.

Miguel GARCIA, Petitioner.

Supreme Court of Pennsylvania.

Sept. 17, 2004.

## ORDER

PER CURIAM.

AND NOW, this 17th day of September 2004, we **GRANT** the Petition for Allowance of Appeal, **LIMITED** to the following issue:

"Is it error for the trial court to give a 'no adverse inference' instruction in a multiple-defendant trial where one defendant requests the instruction and the other defendant waives his or her right to the instruction?"

We direct the parties to address the impact of *Commonwealth v. Edwards*, 535 Pa. 575, 637 A.2d 259, 261 (1993).